UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BANK OF AMERICA, N.A.                                              PLAINTIFF

V.                    CASE NO. 3:07CV00059 JLH

DIAZ INTERMEDIATE CORPORATION                                      DEFENDANT

ORDER

BEFORE THE COURT is a Motion to Relieve and Dismiss Morris-Anderson And Associates, Ltd. From All Duties As Receiver filed by the Court-appointed Receiver, Morris-Anderson and Associates, Ltd. ("Morris" or "Receiver"). In the Motion, Morris seeks to be relieved from all obligations as Receiver and dismissed from its appointment as Receiver in this matter effective immediately upon notice from Morris to the Court that the United States Bankruptcy Court has appointed a trustee in the Chapter 7 filing. The Court has received the referenced notice.

For good cause shown, the Motion is GRANTED. Morris-Anderson and Associates, Ltd. is hereby dismissed and relieved from all obligations as Receiver for Defendant Diaz Intermediate Corporation, effective immediately upon notice by Morris-Anderson and Associates, Ltd. to the Court and the parties to this action that the United States Bankruptcy Court has appointed a trustee in the Chapter 7 filing.

IT IS SO ORDERED this __13th__ day of August, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE