## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

BANK OF AMERICA, N.A.                                                           PLAINTIFF

v.                                     No. 3:07CV00059 JLH

DIAZ INTERMEDIATE CORPORATION                                        DEFENDANT

## <u>ORDER</u>

The Motion for Default Judgment against Diaz Intermediate Corporation is denied as moot because of the Notice of Filing Bankruptcy and Appointment of Trustee.  Document #22.

IT IS SO ORDERED this 5th day of October, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE