**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

BANK OF AMERICA, N.A.                                                                           PLAINTIFF

v.                                         No. 3:07CV00059 JLH

DIAZ INTERMEDIATE CORPORATION                                                  DEFENDANT

## ORDER

Due to the filing of a bankruptcy action by defendant, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 6th day of May, 2008.

/s/ J. Leon Holmes
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE